IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DOUGLAS M. ROSEBY,** | : | |
| Plaintiff | : | |
| | : | No. 1:22-cv-00081 |
| v. | : | |
| | : | (Judge Rambo) |
| **UNITED STATES OF AMERICA,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 28th day of February 2023, upon consideration of Defendant the United States of America ("Defendant")'s motion to dismiss the complaint and/or for summary judgment (Doc. No. 11), and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion to dismiss the complaint and/or for summary judgment (Doc. No. 11) is **GRANTED**, and the Clerk of Court is directed to enter judgment in favor of Defendant;

2. Plaintiff Douglas M. Roseby's pending motions to compel Defendant to serve its memorandum of law in support of its motion to dismiss the complaint and/or for summary judgment (Doc. No. 14) and to strike Defendant's sur-reply brief from the docket (Doc. No. 18) are **DEEMED WITHDRAWN**; and

3. The Clerk of Court is directed to **CLOSE** this case.

s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge
